# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MACRONIX INTERNATIONAL CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>SPANSION INC., et al.,<br><br>    Defendants. | Case No.  14-cv-01890-BLF<br><br>**ORDER CLARIFYING HEARING DATE WITH RESPECT TO PENDING MOTIONS**<br><br>[Re:  ECF 95 and 104] |

The Court hereby clarifies that Plaintiff's Motion for Leave to File a Third Amended Complaint (ECF 95) and Defendants' Motion to Stay (ECF 104) are set for hearing on December 11, 2014 at 9:00 a.m. before Judge Beth Labson Freeman.

**IT IS SO ORDERED.**

Dated:  October 14, 2014

                                                                             _____
                                                                             BETH LABSON FREEMAN
                                                                             United States District Judge